(89 South. 924)

TENNESSEE VALLEY AUTO CO. v. STATE.  (8 Div. 293.)  Supreme Court of Alabama.  June 16, 1921.)  Appeal from Circuit Court, Lawrence County; W. C. Brickell, Judge.  A. H. Carmichael, of Tuscumbia, for appellant.  Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

PER CURIAM.  Appellant having failed to file brief, the decree is affirmed.  Supreme Court rule 13 (175 Ala. xviii, 61 South. vii); Locklear v. State, 205 Ala. 236, 87 South. 712.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

---

(89 South. 924)

VAUGHN v. VAUGHN.  (6 Div. 478.)  (Supreme Court of Alabama.  June 23, 1921.)  Appeal from Circuit Court, Jefferson County; A. B. Foster, Judge. ' Murphy, Murray & Hanna and Robert E. McAdory, all of Birmingham, for appellant.  Ellis & Matthews, Vaughan & Silberman, and C. C. Nesmith, all of Birmingham, for appellee.

PER CURIAM.  Dismissed for noncompliance with Supreme Court rules 1 (20 South. iv) and 13 (175 Ala. xviii, 61 South. vii).  See, also, 205 Ala. 296, 87 South. 792.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

---

(90 South. 926)

WOODWARD IRON CO. v. BRADFORD et al.  (6 Div. 477.)  (Supreme Court of Alabama.  Oct. 13, 1921.)  Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.  Huey & Welch, of Bessemer, for appellant.  Beddow & Oberdorfer, of Birmingham, for appellee.

ANDERSON, C. J.  Appeal dismissed, upon the authority of Ex parte Woodward Iron Company (6th Div. 458) ante, p. 447, 90 South. 803.

SAYRE, GARDNER, and MILLER, JJ., concur.